BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT MALLORY )<br>xxx-xx-5439 )<br>)<br>)<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>         Defendant. )<br>)<br>_____ ) | Case No. CIV-S-06-247 CMK<br><br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of July 25, 2006 to September 8, 2006. This is plaintiff's first extension and is required due to plaintiff's attorney's heavy briefing schedule.

/ / / /

/ / / /

1

Dated: June 23, 2006        /s/Bess M. Brewer
                                       BESS M. BREWER
                                       Attorney at Law

                                       Attorney for Plaintiff

Dated: June 23, 2006        McGregor W. Scott
                                       United States Attorney

                                       By: /s/Bobbie J. Montoya
                                       BOBBIE J. MONTOYA
                                       Assistant U.S. Attorney

                                       Attorney for Defendant

                                              **ORDER**

APPROVED AND SO ORDERED.

DATED:  August 1, 2006.

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE