UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT M. MALLORY,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>          Defendant. | NO. 2:06-CV-247 CMK<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of fifty-nine hundred dollars and zero cents ($5900.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of fifty-nine hundred dollars and zero cents ($5900.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C.

```
1  § 406, subject to the provisions of the EAJA.
2                                    Respectfully submitted,
3  Dated: October 4, 2007            /s/Bess M. Brewer
                                     BESS M. BREWER
4                                    Attorney for Plaintiff
                                     *as authorized via fax
5
6
   Dated: October 4 , 2007           George S. Cardona
7                                    Acting United States Attorney
8
9                                    /s/ Jaime L. Preciado
                                     JAIME L. PRECIADO
10                                   Special Assistant U.S. Attorney
11                                   Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
VINCENT M. MALLORY,            )
                               )
             Plaintiff,        ) NO. 2:06-CV-247 CMK
                               )
                               ) ORDER AWARDING EQUAL
         v.                    ) ACCESS TO JUSTICE ACT ATTORNEY
                               ) FEES PURSUANT TO
MICHAEL J. ASTRUE,             ) 28 U.S.C. § 2412(d)
Commissioner of Social         )
Security,                      )
                               )
             Defendant.        )
_____)
```

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees,

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of fifty-nine hundred dollars and zero cents ($5900.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: October 9, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

3